# United States District Court
# For The Western District of North Carolina
# Statesville Division

MELBA D. BURCH,

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	CASE NO. 5:10CV31

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 9, 2011, Order.

    Signed: September 9, 2011

Frank G. Johns, Clerk
United States District Court